# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| I.G., S.G., *a minor by his or her mother* I.G., and UNITED STATES<br><br>　　　　　　　Plaintiffs,<br><br>I.G.,<br><br>　　　　　　　Relator,<br><br>v.<br><br>MILWAUKEE PUBLIC SCHOOLS, OFFICE OF BOARD GOVERNANCE, AARON SHAPIRO, GLEN DAWURSK, LAWRENCE AMBROSE, PARENTS/GUARDIANS OF MINOR K.L., and RISHON HARALSON,<br><br>　　　　　　　Defendants. | Case No. 23-CV-200-JPS<br><br><br>**JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice**.

　　　　　　　　　　　　　　　APPROVED:

　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　J.P. Stadtmueller
　　　　　　　　　　　　　　　U.S. District Judge

|  | GINA M. COLLETTI |
|---|---|
|  | Clerk of Court |
| April 14, 2023 | s/ *Jodi L. Malek* |
| Date | By: Deputy Clerk |